UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60314-CIV-UNGARO

CHRISTOPHER BROOK and
LYNN BROOK,
    Plaintiffs,

v.

UNITED STATES OF AMERICA,
    Defendant.
_____/

## AMENDED FINAL JUDGMENT

THIS CAUSE came before the Court in a non-jury trial from February 4, 2009 to February 5, 2009 and February 9, 2009 to February 11, 2009, and the Court entered Final Judgment in favor of Plaintiff Christopher Brook and Plaintiff Lynn Brook in the amount of $,522,069.36 and $150,000.00 respectively.[1]

Following the Court's entry of Final Judgment, Defendant filed a Motion Pursuant to Federal Rule of Civil Procedure 52 and Motion Pursuant to Federal Rule of Civil Procedure 59, and this Court has entered an Order on that motion, granting it only to the extent that Plaintiffs' award of post-judgment interest shall be clarified. Consistent with this Court's Order, it is hereby

ORDERED AND ADJUDGED that final judgment is entered in favor of Plaintiff Christopher Brook and against Defendant United States of America, in amount of One Million Five Hundred Twenty-Two Thousand and Sixty-Nine Dollars and Thirty-Six Cents ($1,522,069.36), upon which post-judgment interest shall accrue in accordance with Section

---

[1] Final Judgment was entered on February 18, 2009 (D.E. 40).

1304(b)(1)(A) of Title 31.  For sums which, let execution issue.  It is further

ORDERED AND ADJUDGED that a final judgment is entered in favor of Plaintiff Lynn Brook and against Defendant United States of America, in amount of One Hundred and Fifty Thousand Dollars ($150,000), upon which interest shall accrue in accordance with Section 1304(b)(1)(A) of Title 31.  For which sums which, let execution issue.  It is further

ORDERED AND ADJUDGED that the Court reserves jurisdiction to tax attorneys fees and costs upon motion presented by Plaintiffs.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of May, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record